**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Bertucci's Holdings, Inc. | : | Case No. 18-10894 (MFW) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.      **GGP Limited Partnership**, Attn: Julie Minnick-Bowden, 350 N. Orleans St, Suite 300, Chicago, IL 60654, Phone: 312-960-2707; Fax: 312-442-6374

2.      **Simon Property Group, Inc.**, Attn: Ronald Tucker, 225 W. Washington Street, Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

3.      **Central Amherst Realty Trust,** Attn: Herbert Alexander, Trustee, 45 East Main St, Suite 12, West Borough, MA 01521, Phone: 508-981-7100, Fax: 508-366-9789

                                                    ANDREW R. VARA
                                                    Acting United States Trustee, Region 3


                                                    /s/ *Timothy Fox* for
                                                    T. PATRICK TINKER
                                                    ASSISTANT UNITED STATES TRUSTEE

DATED: April 27, 2018

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Adam Landis, Esq., Phone: (302) 467-4400