IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BERTUCCI'S HOLDINGS, INC., *et al.*[1] | Case No. 18-10894 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 11, 2018 AT 10:00 A.M.[2] BEFORE THE HONORABLE MARY F. WALRATH**

**CONTINUED MATTERS**

1.  Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A) and 507(a)(2) by Levin Properties, L.P. [D.I. 279, filed on June 1, 2018]

    Response Deadline:    October 30, 2018 at 4:00 p.m.

    Responses Received:

    A.  Debtors' Limited Objection to Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A) and 507(a)(2) by Levin Properties, L.P. [D.I. 498, filed on October 30, 2018]

    Related Documents:

    B.  Notice of Hearing [D.I. 434, filed on August 27, 2018]

    C.  Supplemental Support for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A) and 507(a)(2) by Levin Properties, L.P. [D.I. 474, filed on September 20, 2018]

    Status: This matter is adjourned to the January 14, 2018 Omnibus Hearing by consent of both parties.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Bertucci's Holdings, Inc. (0243), Bertucci's Holdings, LLC (8034), Bertucci's Corporation (1266), Bertucci's, Inc. (7209), Two Ovens Restaurant Corp. (4922), Bertucci's Restaurant Corp. (4750), Bertucci's of Anne Arundel County, Inc. (4761), Bertucci's of Columbia, Inc. (4758), Bertucci's of Baltimore County, Inc. (9001), Bertucci's of Bel Air, Inc. (4759), and Bertucci's of White Marsh, Inc. (4760). The Debtors' corporate headquarters and the mailing address is 155 Otis Street, Northborough, Massachusetts 01532.

[2] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

{1197.002-W0052974.}

2.  Motion of Ecolab, Inc. for Allowance and Payment of Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503 [D.I. 452, filed on September 5, 2018]

    Response Deadline:   October 30, 2018 at 4:00 p.m.

    Responses Received:

    A.  Debtors' Limited Objection to Motion of Ecolab, Inc. for Allowance and Payment of Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503 [D.I. 499, filed on October 30, 2018]

    Related Documents:   None

    Status: This matter is adjourned to the January 14, 2018 Omnibus Hearing by consent of both parties.

## INTERIM FEE APPLICATIONS:

3.  Second Interim Fee Application of Landis Rath & Cobb LLP [D.I. 516, filed November 8, 2018]

    Response Deadline:   November 28, 2018 at 4:00 p.m.

    Responses Received: None

    Related Documents:

    A.  Fourth Monthly Application of Landis Rath & Cobb LLP, Bankruptcy Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from July 1, 2018 through July 31, 2018 [D.I. 439, filed on August 29, 2018]

    B.  Certificate of No Objection Regarding the Fourth Monthly Application of Landis Rath & Cobb LLP, Bankruptcy Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from July 1, 2018 through July 31, 2018 [D.I. 473, filed on September 19, 2018]

    C.  Fifth Monthly Application of Landis Rath & Cobb LLP, Bankruptcy Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from August 1, 2018 Through August 31, 2018 [D.I. 487, filed on October 2, 2018]

    D.  Certificate of No Objection Regarding the Fifth Monthly Application of Landis Rath & Cobb LLP, Bankruptcy Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from August 1, 2018 Through August 31, 2018 [D.I. 495, filed on October 23, 2018]

    E.     Sixth Monthly Application of Landis Rath & Cobb LLP, Bankruptcy Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from September 1, 2018 Through September 30, 2018 [D.I. 492, filed on October 17, 2018]

    F.     Certificate of No Objection Regarding the Sixth Monthly Application of Landis Rath & Cobb LLP, Bankruptcy Counsel to the Debtors and Debtors-In-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from September 1, 2018 Through September 30, 2018 [D.I. 515, filed on November 7, 2018]

    G.     Certification of Counsel [D.I. 534, filed on November 30, 2018]

Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

4. Second Interim Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors of Bertucci's Holdings, Inc., *et al.* for the Period from July 1, 2018 Through and Including September 30, 2018 [D.I. 503, filed on October 30, 2018]

Response Deadline: November 19, 2018 at 4:00 p.m.

Responses Received: None

Related Documents:

    A.     Notice of Hearing [D.I. 517, filed on November 9, 2018]

    B.     Certificate of No Objection Regarding Second Interim Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors of Bertucci's Holdings, Inc., *et al.* for the Period from July 1, 2018 Through and Including September 30, 2018 [D.I. 527, filed on November 20, 2018]

    C.     Third Consolidated Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors of Bertucci's Holdings, Inc., *et al.* for the Period from July 1, 2018 Through and Including September 30, 2018 [D.I. 500, filed on October 30, 2018]

      D.     Certificate of No Objection Regarding Third Consolidated Monthly Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors of Bertucci's Holdings, Inc., *et al.* for the Period from July 1, 2018 Through and Including September 30, 2018 [D.I. 525, filed on November 20, 2018]

      E.     Certification of Counsel [D.I. 534, filed on November 30, 2018]

Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

5.   Second Interim Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2018 Through September 30, 2018 [D.I. 504, filed on October 30, 2018]

    Response Deadline:   November 19, 2018 at 4:00 p.m.

    Responses Received: None

    Related Documents:

      A.     Notice of Hearing [D.I. 517, filed on November 9, 2018]

      B.     Certificate of No Objection Regarding Second Interim Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2018 Through September 30, 2018 [D.I. 528, filed on November 20, 2018]

      C.     Third Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2018 Through September 30, 2018 [D.I. 501, filed on October 30, 2018]

      D.     Certificate of No Objection Regarding Third Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2018 Through September 30, 2018 [D.I. 526, filed on November 20, 2018]

      E.     Certification of Counsel [D.I. 534, filed on November 30, 2018]

Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

6. Second Interim Fee Application of Schulte Roth & Zabel LLP, Special Corporate Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2018 Through September 30, 2018 [D.I. 520, filed on November 9, 2018]

   Response Deadline:   November 29, 2018 at 4:00 p.m.

   Responses Received:   None

   Related Documents:

   A. Second Consolidated Monthly Fee Application of Schulte Roth & Zabel LLP [D.I. 471, filed on September 19, 2018]

   B. Certificate of No Objection Regarding Second Consolidated Monthly Fee Application of Schulte Roth & Zabel LLP [D.I. 489, filed on October 10, 2018]

   C. Third Monthly Fee Application of Schulte Roth & Zabel LLP [D.I. 519, filed on November 9, 2018]

   D. Certificate of No Objection Regarding Third Monthly Fee Application of Schulte Roth & Zabel LLP [D.I. 533, filed on November 30, 2018]

   E. Certification of Counsel [D.I. 534, filed on November 30, 2018]

**[Remainder of page intentionally left blank]**

<u>Status:</u> A certification of counsel has been filed and submitted in accordance with the Court's procedures.

Dated: December 7, 2018
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Adam G. Landis

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com
       cree@lrclaw.com

*Counsel to the Debtors
and Debtors-In-Possession*