## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BERTUCCI'S HOLDINGS, INC., *et al.*[1] | Case No. 18-10894 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 14, 2019 AT 10:30 A.M.[2] BEFORE THE HONORABLE MARY F. WALRATH

**CONTINUED MATTER:**

1. Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A) and 507(a)(2) by Levin Properties, L.P. [D.I. 279, filed on June 1, 2018]

    Response Deadline:   October 30, 2018 at 4:00 p.m.

    Responses Received:

    A.  Debtors' Limited Objection to Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A) and 507(a)(2) by Levin Properties, L.P. [D.I. 498, filed on October 30, 2018]

    Related Documents:

    B.  Notice of Hearing [D.I. 434, filed on August 27, 2018]

    C.  Supplemental Support for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A) and 507(a)(2) by Levin Properties, L.P. [D.I. 474, filed on September 20, 2018]

    Status: This matter is adjourned to the next omnibus hearing by agreement of the parties.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Bertucci's Holdings, Inc. (0243), Bertucci's Holdings, LLC (8034), Bertucci's Corporation (1266), Bertucci's, Inc. (7209), Two Ovens Restaurant Corp. (4922), Bertucci's Restaurant Corp. (4750), Bertucci's of Anne Arundel County, Inc. (4761), Bertucci's of Columbia, Inc. (4758), Bertucci's of Baltimore County, Inc. (9001), Bertucci's of Bel Air, Inc. (4759), and Bertucci's of White Marsh, Inc. (4760). The Debtors' corporate headquarters and the mailing address is 155 Otis Street, Northborough, Massachusetts 01532.

[2] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

{1197.002-W0053480.}

**CONTESTED MATTER:**

2. Motion of Ecolab, Inc. for Allowance and Payment of Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503 [D.I. 452, filed on September 5, 2018]

   Response Deadline:   October 30, 2018 at 4:00 p.m.

   Responses Received:

   A.   Debtors' Limited Objection to Motion of Ecolab, Inc. for Allowance and Payment of Administrative Expense Priority Claim Pursuant to 11 U.S.C. § 503 [D.I. 499, filed on October 30, 2018]

   Related Documents:   None

   Status: The parties are working to resolve this matter and, upon resolution, will file a certification of counsel with a revised proposed form of order.

Dated: January 10, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com
       cree@lrclaw.com

*Counsel to the Debtors*
*and Debtors-In-Possession*