IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: BERTUCCI'S HOLDINGS, INC., *et al.*

Case No. 18-10894 (MFW)
Reporting Period: 11/01/2018 - 11/28/2018

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | N/A Omitted at request of UST | | |
| Cash disbursements journals | | N/A Omitted at request of UST | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | TAXES ARE COLLECTED AND PAID BY ADP | | |
| Copies of tax returns filed during reporting period | | TAXES ARE COLLECTED AND PAID BY ADP | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____    _____
Signature of Debtor                                Date

_____    _____
Signature of Joint Debtor                          Date

                                                   2/8/2019
_____    _____
Signature of Authorized Individual*                Date

Brian P Connell                                    SVP CFO
Printed Name of Authorized Individual              Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: BERTUCCI'S HOLDINGS, INC., et al.  
Debtors

Case 18-10894-MFW    Doc 569    Filed 02/08/19    Page 2 of 16

Case No. 18-10894 (MFW)

Reporting Period: **11/01/2018 - 11/28/2018**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | - | 0 | 0 | 336376 | - | - | - | - |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) Interest | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| **TOTAL RECEIPTS** | | | | 0 | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | 207678 | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | 207678 | | | | |
| **NET CASH FLOW** | | | | -207678 | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | - | | | 128698 | - | - | - | - |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 207,678 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 207,678 |

The Following Debtors do not have income statement activity
Bertucci's Holdings, Inc., Case No. 18-10894 (MFW)  
Bertucci's Holdings, LLC, Case No. 18-10895 (MFW)  
Bertucci's, Inc., Case No. 18-10898 (MFW)  
Two Ovens Restaurant Corp., Case No. 18-10901 (MFW)  
Bertucci's of Anne Arundel County, Inc., Case No. 18-10897 (MFW)  
Bertucci's of Columbia, Inc., Case No. 18-10899 (MFW)  
Bertucci's of Baltimore County, Inc., Case No. 18-10900 (MFW)  
Bertucci's of Bel Air, Inc., Case No. 18-10902 (MFW)  
Bertucci's of White Marsh, Inc., Case No. 18-10904 (MFW)

**Bertuccis Holdings, INC**
**Form MOR - 1**
**Schedule of Cash Receipts and Disbursements**
    11/01/2018 - 11/28/2018
Cumulative Period Variance Reporting (4 Weeks)
*($ in thousands)*

| Period Week Ended | 11/01/2018 - 11/28/2018 | | | | |
|---|---|---|---|---|---|
| | Budget | Consolidated Actual | Bertucci's Corporation, Case No. 18-10896 (MFW) | Transfer of funds from Bertuccis Corporation to Bertuccis Restaurant Corporation | Bertucci's Restaurant Corp., Case No. 18-10903 (MFW) |
| Sale Proceeds | | | | | $ - |
| Total Receipts | | $ (0.0) | | | $ (0) |
| **Total Cash Receipts** | $ - | $ (0.0) | $ - | $ - | $ (0) |
| **Disbursements** | | | | | |
| Payroll, Payroll Taxes & Benefits | | | | | $ - |
| A/P Disbursements | | 207.7 | | | 208 |
| COD Vendor Payments | | | | | - |
| Utility Deposits | | | | | - |
| Food, Beverage, LBW and Critical Vendor | | | | | - |
| Sales Tax | | | | | - |
| Bank Fees and All Other | | | | | - |
| Rent Payments | | | | | - |
| Landlord Cure Costs | | | | | - |
| Estate Wind-Down Budget | | | | | - |
| Debt Service - DIP Facility | | | | | - |
| Restructuring Disbursements | | | | | - |
| **Total Cash Disbursements** | $ - | $ 207.7 | $ - | $ - | $ 208 |
| **Net Cash Flow** | $ - | $ 207.7 | $ - | $ - | $ 208 |
| Additional DIP Draw | | $ - | | | $ - |
| **Book Cash, Ending** | | $ 128.7 | | | $ 129 |
| Outstanding Checks End of Week | | - | | | - |
| **Cash Balance Net of Outstanding Checks** | $ - | $ 128.7 | | | $ 129 |

**NOTE**
**The Following Debtors do not have cash receipts or disbursement activity**

Bertucci's Holdings, Inc., Case No. 18-10894 (MFW)
Bertucci's Holdings, LLC, Case No. 18-10895 (MFW)
Bertucci's, Inc., Case No. 18-10898 (MFW)
Two Ovens Restaurant Corp., Case No. 18-10901 (MFW)
Bertucci's of Anne Arundel County, Inc., Case No. 18-10897 (MFW)
Bertucci's of Columbia, Inc., Case No. 18-10899 (MFW)
Bertucci's of Baltimore County, Inc., Case No. 18-10900 (MFW)
Bertucci's of Bel Air, Inc., Case No. 18-10902 (MFW)
Bertucci's of White Marsh, Inc., Case No. 18-10904 (MFW)

**Bertuccis Holdings, INC**
Form MOR - 1
**Schedule of Cash Receipts and Disbursements**
4/16/2018 - 11/28/2018
Cumulative Period Variance Reporting (32 Weeks)
*($ in thousands)*

| Period Week Ended | 4/15/2018 - 11/28/2018 | | | | |
|---|---|---|---|---|---|
|  | Budget | Consolidated Actual | Bertucci's Corporation, Case No. 18-10896 (MFW) | Transfer of funds from Bertuccis Corporation to Bertuccis Restaurant Corporation | Bertucci's Restaurant Corp., Case No. 18-10903 (MFW) |
| Total Receipts | $ 18,817 | $ 5,483 / 28,172 | $ 5,483 / 28,172 | $ (5,483) / (28,172) | $ 5,483 / 28,172 |
| **Total Cash Receipts** | **$ 18,817** | **$ 33,655** | **$ 33,655** | **$ (33,655)** | **$ 33,655** |
| **Disbursements** | | | | | |
| Payroll, Payroll Taxes & Benefits | $ (6,737) | $ (11,296) | | | $ (11,296) |
| A/P Disbursements | (2,308) | (4,301) | | | (4,077) |
| COD Vendor Payments | (451) | (177) | | | (177) |
| Utility Deposits | (342) | (521) | | | (521) |
| Food, Beverage, LBW and Critical Vendor | (4,548) | (6,368) | | | (6,368) |
| Sales Tax | (1,624) | (2,237) | | | (2,237) |
| Bank Fees and All Other | 26 | (9) | | | (9) |
| Rent Payments | (1,307) | (2,506) | | | (2,506) |
| Landlord Cure Costs | - | - | | | - |
| Estate Wind-Down Budget | - | - | | | - |
| Debt Service - DIP Facility | - | (488) | | | (488) |
| Restructuring Disbursements | (492) | (5,935) | | | (5,935) |
| **Total Cash Disbursements** | **$ (17,782)** | **$ (33,839)** | **$ -** | **$ -** | **$ (33,616)** |
| **Net Cash Flow** | **$ 1,035** | **$ (184)** | **$ 33,655** | **$ (33,655)** | **$ 39** |
| Additional DIP Draw | $ 665 | $ - | | | $ - |
| **Book Cash, Ending** | **$ 2,015** | **$ 128.698** | | | **$ 352** |
| Outstanding Checks End of Week | (1,057) | | | | |
| **Cash Balance Net of Outstanding Checks** | **$ 958** | **$ 128.698** | | | **$ 352** |

NOTE
**The Following Debtors do not have cash receipts or disbursement activity**

Bertucci's Holdings, Inc., Case No. 18-10894 (MFW)
Bertucci's Holdings, LLC, Case No. 18-10895 (MFW)
Bertucci's, Inc., Case No. 18-10898 (MFW)
Two Ovens Restaurant Corp., Case No. 18-10901 (MFW)
Bertucci's of Anne Arundel County, Inc., Case No. 18-10897 (MFW)
Bertucci's of Columbia, Inc., Case No. 18-10899 (MFW)
Bertucci's of Baltimore County, Inc., Case No. 18-10900 (MFW)
Bertucci's of Bel Air, Inc., Case No. 18-10902 (MFW)
Bertucci's of White Marsh, Inc., Case No. 18-10904 (MFW)

In re: BERTUCCI'S HOLDINGS, INC., *et al.*  
Debtors

Case No. 18-10894 (MFW)  
Reporting Period: **11/01/2018 - 11/28/2018**

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Utility Escrow | | A/P | |
|---|---|---|---|---|---|---|---|---|
| | #3154 | | # 3189 | | # 2940 | | #3162 | |
| **BALANCE PER BOOKS** | - | | | - | | 128,698 | | - |
| BANK BALANCE | | | | - | | 128,698 | | - |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| Explanations | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |

{1197.002-W0050958.}

FORM MOR-1a  
(04/07)

BERTUCCI'S HOLDINGS, INC., *ET AL.*  
Debtors

Case No. 18-10894 /(MFW)  
Reporting Period: 11/01/2018 - 11/28/2018

## SCHEDULE OF BANK ACCOUNTS AND MONTH END BANK BALANCE

| COMPANY NAME | BANK NAME | ACCOUNT TYPE | LAST FOUR DIGITS OF ACCOUNT NUMBER | MONTH END BANK BALANCE |
|---|---|---|---|---|
| Bertucci's Corporation | CIT Bank, N.A. | CIT Concentration | 3154 | 0 |
| Bertucci's Restaurant Corp. | CIT Bank, N.A. | Credit Card Receipts | 3202 | 0 |
| Bertucci's Corporation | CIT Bank, N.A. | A/P Disbursement | 3162 | 0 |
| Bertucci's Restaurant Corp. | CIT Bank, N.A. | Payroll Disbursement | 3189 | 0 |
| Bertucci's Restaurant Corp. | CIT Bank, N.A. | Liquor Disbursement | 3197 | 0 |
| Bertucci's Restaurant Corp. | Wells Fargo Bank, N.A. | Restaurant Deposits | 4784 | 0 |
| Bertucci's Corporation | Bank of America | Subsidiary Concentration Account | 7900 | 0 |
| Bertucci's Corporation | Bank of America | Dormant | 4792 | 0 |
| Bertucci's Corporation | Bank of America | Dormant | 6105 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Restaurant Deposit Concentration Account | 0751 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Dormant | 2699 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Dormant | 4578 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Dormant | 2686 | 0 |
| Bertucci's Corporation | Bank of America | Utility Escrow | 2940 | 128,697.78 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0002 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0003 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0008 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – | 0010 | 0 |

{1197.002-W0051826.}

| COMPANY NAME | BANK NAME | ACCOUNT TYPE | LAST FOUR DIGITS OF ACCOUNT NUMBER | MONTH END BANK BALANCE |
|---|---|---|---|---|
| | | Restaurant Deposits | | |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0013 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0014 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0015 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0016 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0017 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0018 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0019 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0020 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0021 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0022 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0023 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0025 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0026 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0027 | 0 |

{1197.002-W0051826.}

| COMPANY NAME | BANK NAME | ACCOUNT TYPE | LAST FOUR DIGITS OF ACCOUNT NUMBER | MONTH END BANK BALANCE |
|---|---|---|---|---|
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0030 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0031 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0032 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0033 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0034 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0035 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0036 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0039 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0040 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0043 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0044 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0045 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0047 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0048 | 0 |

| COMPANY NAME | BANK NAME | ACCOUNT TYPE | LAST FOUR DIGITS OF ACCOUNT NUMBER | MONTH END BANK BALANCE |
|---|---|---|---|---|
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0049 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0050 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0053 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0059 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0060 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0066 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0068 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0069 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0070 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0071 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0072 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0075 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0087 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0088 | 0 |

| COMPANY NAME | BANK NAME | ACCOUNT TYPE | LAST FOUR DIGITS OF ACCOUNT NUMBER | MONTH END BANK BALANCE |
|---|---|---|---|---|
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0089 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0090 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0092 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0093 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0096 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0097 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0100 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0104 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0107 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0108 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0114 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0121 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0123 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0124 | 0 |

| COMPANY NAME | BANK NAME | ACCOUNT TYPE | LAST FOUR DIGITS OF ACCOUNT NUMBER | MONTH END BANK BALANCE |
|---|---|---|---|---|
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0125 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0126 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0127 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0129 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0130 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0133 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0134 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0136 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0137 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 0139 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 1000 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 5001 | 0 |
| Bertucci's Restaurant Corp. | Bank of America | Subsidiary Account – Restaurant Deposits | 6410 | 0 |

I, Brian P. Connell, attest that all requisite bank reconciliations for the above-referenced bank accounts have been performed for the reporting period.

{1197.002-W0051826.}

In re: BERTUCCI'S HOLDINGS, INC., *et al.*  
Debtors  

Case No. 18-10894 (MFW)  
Reporting Period **11/01/2018 - 11/28/2018**

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Fees | Expenses (Amount Paid) | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| LRC | | | Bertucci's Holdings, L | Wire | 11/19/2018 | 117,493.32 | Attorneys for the Estate | 117,493.32 | |
| Kellye Drye | | | Bertucci's Holdings, L | Wire | 11/19/2018 | 15,739.17 | Attorneys for the Creditors | 15,739.17 | |
| Prime Clerk | | | Bertucci's Holdings, L | Wire | 11/19/2018 | 74,444.75 | Bankruptcy Admin for Estate | 74,444.75 | |

FORM MOR-1b  
(04/07)

{1197.002-W0050958.}

BERTUCCI'S HOLDINGS, INC (Total Company)
STATEMENT OF OPERAITONS (UNAUDITD)
FORM MOR-2
11/01/2018 - 11/28/2018

Bertucci's Restaurant Corp., Case No. 18-10903 (MFW)
See notes below

| | Postpetition Nov 11/01/2018 to 11/28/2018 | | Postpetition Sept & Oct 8/29/2018 to 10/3/2018 10/4/2018 to 10/31/2018 | | Postpetition July & August 06/21/2018 to 08/1/2018 8/2/2018 to 8/29/2018 | | Postpetition June 05/31/2018 to 06/20/2018 | | Postpetition May 05/03/2018 to 05/30/2018 | | Postpetition April 04/16/2018 to 05/02/2018 | | Total Post Petition 04/16/2018 to 10/31/2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | % | ACTUAL | % | ACTUAL | % | ACTUAL | % | ACTUAL | % | ACTUAL | % | ACTUAL | % |
| Food Sales | - | | - | | $ 0.0 | | $ 5,886.1 | 90.3% | $ 8,411.3 | 90.7% | $ 5,512.5 | 90.2% | $ 19,809.8 | 92.5% |
| Beverage Sales | - | | - | | 0.0 | | 374.4 | 5.7% | 521.1 | 5.6% | 342.8 | 5.6% | 1,238.3 | 5.8% |
| Alcohol Sales | - | | - | | 0.0 | | 736.9 | 11.3% | 1,073.4 | 11.6% | 723.9 | 11.8% | 2,534.3 | 11.8% |
| Gross Sales | - | | - | | 0.0 | | 6,997.4 | 107.4% | 10,005.8 | 107.9% | 6,110.8 | 108.3% | 23,114.0 | 107.9% |
| Discounts | - | | - | | 0.0 | | 481.9 | 7.4% | 736.7 | 7.9% | 469.6 | 8.3% | 1,688.2 | 7.9% |
| Net Sales from Operations | - | | - | | 0.0 | | 6,515.5 | 97.5% | 9,269.2 | 100.0% | 5,641.2 | 100.0% | 21,425.8 | 100.0% |
| Breakage | - | | - | | - | | - | | - | | - | | - | |
| Net Sales | - | | - | | 0.0 | | 6,515.5 | 100.0% | 9,269.2 | 100.0% | 5,641.2 | 100.0% | 21,425.8 | 100.0% |
| Food Cost (% of Food Sales) | - | | - | | 0.0 | | 1,161.3 | 19.7% | 1,666.5 | 19.8% | 973.7 | 17.7% | 3,801.5 | 19.2% |
| Beverage Cost (% of Bev. Sales) | - | | - | | 0.0 | | 76.5 | 20.4% | 163.6 | 31.4% | 76.0 | 22.2% | 316.1 | 25.5% |
| Alcohol Costs (% of Alc. Sales) | - | | - | | 0.0 | | 186.7 | 25.3% | 246.3 | 22.9% | 169.0 | 23.3% | 602.0 | 23.8% |
| All Other Costs of Sales | - | | - | | 0.0 | | 117.3 | 1.8% | 170.3 | 1.8% | 96.5 | 1.7% | 384.2 | 1.8% |
| Cost Of Sales Before Rebates | - | | - | | 0.0 | | 1,541.9 | 23.7% | 2,246.6 | 24.2% | 1,315.3 | 23.3% | 5,103.9 | 23.8% |
| Rebates/Purchase Discounts | - | | - | | (0.0) | | (12.9) | | (21.4) | | (12.2) | (0.2%) | (46.5) | (0.2%) |
| Cost Of Sales | - | | - | | 0.0 | | 1,529.0 | 23.5% | 2,225.2 | 24.0% | 1,303.1 | 23.1% | 5,057.4 | 23.6% |
| Gross Margin | - | | - | | 0.0 | | 4,986.4 | 76.5% | 7,043.9 | 76.0% | 4,338.0 | 76.9% | 16,368.4 | 76.4% |
| Direct Payroll | - | | - | | 0.0 | | 1,335.4 | 20.5% | 1,888.8 | 20.4% | 1,133.5 | 20.1% | 4,357.7 | 20.3% |
| Managers/Key Hourly/Bonus | - | | - | | 0.0 | | 779.1 | 12.0% | 1,057.3 | 11.4% | 619.4 | 11.0% | 2,455.8 | 11.5% |
| Total Benefits & Taxes | - | | - | | 0.0 | | 398.7 | 6.1% | 574.6 | 6.2% | 340.5 | 6.0% | 1,313.9 | 6.1% |
| Total Payroll | - | | - | | 0.0 | | 2,513.3 | 38.6% | 3,520.7 | 38.0% | 2,093.4 | 37.1% | 8,127.4 | 37.9% |
| Restaurant Supplies | - | | - | | 0.0 | | 348.1 | 5.3% | 499.5 | 5.4% | 300.5 | 5.3% | 1,148.1 | 5.4% |
| R&M, Janitorial, Trash Removal | - | | - | | 0.0 | | 193.3 | 3.0% | 293.5 | 3.2% | 155.7 | 2.8% | 642.5 | 3.0% |
| Utilities | - | | - | | 0.0 | | 291.0 | 4.5% | 406.3 | 4.4% | 258.3 | 4.6% | 955.6 | 4.5% |
| Office Supplies, Recruiting, | - | | - | | 0.0 | | 18.8 | 0.3% | 26.1 | 0.3% | 14.5 | 0.3% | 59.4 | 0.3% |
| Advertising | - | | - | | 0.0 | | 144.7 | 2.2% | 200.5 | 2.2% | 117.1 | 2.1% | 462.2 | 2.2% |
| Occupancy Costs | - | | - | | 0.0 | | 690.3 | 10.6% | 1,296.8 | 14.0% | 781.4 | 13.9% | 2,768.6 | 12.9% |
| Insurances/Other | - | | - | | 0.0 | | 55.3 | 0.8% | 94.0 | 1.0% | 45.9 | 0.8% | 195.1 | 0.9% |
| Other Operating Expenses | - | | - | | 0.0 | | 1,741.5 | 26.7% | 2,816.7 | 30.4% | 1,673.4 | 29.7% | 6,231.6 | 29.1% |
| Restaurant Cash Contribution | - | | - | | (0.0) | | 731.7 | 11.2% | 706.6 | 7.6% | 571.2 | 10.1% | 2,009.4 | 9.4% |
| Payroll & Related | - | | - | | 0.0 | | 290.5 | 4.5% | 391.2 | 4.2% | 235.3 | 4.2% | 917.0 | 4.3% |
| Occupancy | - | | - | | 0.0 | | 10.5 | 0.2% | 17.5 | 0.2% | 11.7 | 0.2% | 39.7 | 0.2% |
| Professional Fees | - | | - | | 0.0 | | 31.5 | 0.5% | 34.6 | 0.4% | 23.6 | 0.4% | 89.7 | 0.4% |
| Recruiting | - | | - | | 0.0 | | - | | 1.2 | 0.0% | 2.6 | 0.0% | 3.8 | 0.0% |
| Office & Facility Expenses | - | | - | | 0.0 | | 49.1 | 0.8% | 74.3 | 0.8% | 43.5 | 0.8% | 166.9 | 0.8% |
| Travel | - | | - | | 0.0 | | 32.3 | 0.5% | 54.4 | 0.6% | 23.7 | 0.4% | 110.4 | 0.5% |
| Other G&A | - | | - | | 0.0 | | 4.9 | 0.1% | 8.4 | 0.1% | 4.7 | 0.1% | 18.0 | 0.1% |
| General & Administrative | - | | - | | 0.0 | | 418.9 | 7.4% | 581.6 | 10.3% | 345.0 | 6.1% | 1,345.5 | 23.9% |
| EBITDA | - | | - | | (0.0) | | 312.8 | 5.5% | 124.9 | 2.2% | 226.2 | 4.0% | 663.9 | 11.8% |
| Favorable/Unfavorable Leases | - | | - | | 0.0 | | 3.9 | 0.1% | 6.4 | 0.1% | 3.7 | 0.1% | 14.0 | 0.1% |
| Disposal (Gain)/Loss | - | | - | | 0.0 | | 124.5 | 1.9% | (55.0) | (0.6%) | 1,336.2 | 23.7% | 1,405.7 | 6.6% |
| Discontinued Operations | - | | - | | 0.0 | | 18.8 | 0.3% | 67.2 | 0.7% | 218.6 | 3.9% | 304.7 | 1.4% |
| Severance Costs | - | | - | | - | | - | | - | | - | | - | |
| Lease Restructuring Costs | - | | - | | 0.0 | | 277.1 | 4.3% | 216.2 | 2.3% | 459.6 | 8.1% | 953.0 | 4.4% |
| Depreciation | - | | - | | 0.0 | | 247.9 | 3.8% | 414.4 | 4.5% | 242.2 | 4.3% | 904.5 | 4.2% |
| Goodwill Amortization | - | | - | | 0.0 | | 160.9 | 2.5% | 268.2 | 2.9% | 152.8 | 2.7% | 581.9 | 2.7% |
| Amortization - Liquor Licenses | - | | - | | 0.0 | | 0.4 | 0.0% | 0.6 | 0.0% | 0.3 | 0.0% | 1.3 | 0.0% |
| Deferred Rent | - | | - | | (0.0) | | (16.7) | (0.3%) | (25.4) | (0.3%) | (7.0) | (0.1%) | (49.1) | (0.2%) |
| Sub Total | - | | - | | 0.0 | | 816.8 | 12.5% | 892.6 | 9.6% | 2,406.4 | 42.7% | 4,115.9 | 19.2% |
| EBIT | - | | - | | (0.0) | | (504.0) | (7.7%) | (767.7) | (8.3%) | (2,180.3) | (38.6%) | (3,452.0) | (16.1%) |
| Total Interest, net | - | | - | | (0.0) | | 41.4 | 0.6% | 76.4 | 0.8% | (534.2) | (9.5%) | (416.4) | (1.9%) |
| EBT | - | | - | | (0.0) | | (545.5) | (8.4%) | (844.1) | (9.1%) | (1,646.0) | (29.2%) | (3,035.6) | (14.2%) |
| Income Taxes | - | | - | | 0.0 | | 0.5 | | 0.8 | | 0.4 | 0.0% | 1.6 | 0.0% |
| Net Income | - | | - | | $ (0.0) | | $ (545.9) | (8.4%) | $ (844.9) | (9.1%) | $ (1,646.5) | (29.2%) | $ (3,037.2) | (14.2%) |

NOTE
The Following Debtors do not have income statement activity
Bertucci's Holdings, Inc., Case No. 18-10894 (MFW)
Bertucci's Holdings, LLC, Case No. 18-10895 (MFW)
Bertucci's Corporation, Case No. 18-10896 (MFW)
Bertucci's, Inc., Case No. 18-10898 (MFW)

Two Ovens Restaurant Corp., Case No. 18-10901 (MFW)
Bertucci's of Anne Arundel County, Inc., Case No. 18-10897 (MFW)
Bertucci's of Columbia, Inc., Case No. 18-10899 (MFW)
Bertucci's of Baltimore County, Inc., Case No. 18-10900 (MFW)
Bertucci's of Bel Air, Inc., Case No. 18-10902 (MFW)
Bertucci's of White Marsh, Inc., Case No. 18-10904 (MFW)

BERTUCCI'S HOLDINGS, INC
...IDATED BALANCE SHEETS AND SUPPLEMENT
FORM MOR - 3
($000s)

Post Petition
As of November 28, 2018
(Unaudited)

| | Consolidated November 28, 2018 | Bertucci's Holdings, Inc., Case No. 18-10894 (MFW) November 28, 2018 | Bertucci's Holdings, LLC, Case No. 18-10895 (MFW) November 28, 2018 | Bertucci's Corporation, Case No. 18-10896 (MFW) November 28, 2018 | Bertucci's, Inc., Case No. 18-10898 (MFW) November 28, 2018 | Two Ovens Restaurant Corp., Case No. 18-10901 (MFW) November 28, 2018 | Bertucci's Restaurant Corp., Case No. 18-10903 (MFW) November 28, 2018 | Bertucci's of Anne Arundel County, Inc., Case No. 18-10897 (MFW) November 28, 2018 | Bertucci's of Columbia, Inc., Case No. 18-10899 (MFW) November 28, 2018 | Bertucci's of Baltimore County, Inc., Case No. 18-10900 (MFW) November 28, 2018 | Bertucci's of Bel Air, Inc., Case No. 18-10902 (MFW) November 28, 2018 | Bertucci's of White Marsh, Inc., Case No. 18-10904 (MFW) November 28, 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | |
| Cash and cash equivalents | $ 753 | | | | | | $ (753) | | | | | |
| Receivables - net | 842 | | | | | | $ 842 | | | | | |
| Inventory | 1,412 | | | | | | $ 1,412 | | | | | |
| Prepaid expenses and other current assets | 3,279 | | | | | | $ 3,279 | | | | | |
| Total current assets | 6,286 | - | - | - | - | - | 4,780 | - | - | - | - | - |
| **Property and Equipment:** | | | | | | | | | | | | |
| Capital leases - land and buildings | 3,132 | | | | | | $ 3,132 | | | | | |
| Leasehold improvements | 25,947 | | | | | | $ 25,947 | | | | | |
| Furniture and equipment | 37,758 | | | | | | $ 37,758 | | | | | |
| Total property and equipment | 66,837 | - | - | - | - | - | 66,837 | - | - | - | - | - |
| Less - accumulated depreciation | (52,976) | | | | | | $ (52,976) | | | | | |
| Net property and equipment | 13,861 | - | - | - | - | - | 13,861 | - | - | - | - | - |
| Goodwill | 14,482 | | | | | | $ 14,482 | | | | | |
| Liquor licenses - net | 6,249 | | | | | | $ 6,249 | | | | | |
| Tradename | 17,900 | | | | | | $ 17,900 | | | | | |
| Favorable lease agreements | 791 | | | | | | $ 791 | | | | | |
| Other assets | 1,724 | | | | | | $ 1,724 | | | | | |
| **TOTAL ASSETS** | 61,293 | - | - | - | - | - | 59,787 | - | - | - | - | - |
| **LIABILITIES AND MEMBERS' EQUITY** | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | |
| Accounts payable | $ 7,269 | | | | | | $ 7,269 | | | | | |
| Accrued expenses | 11,741 | | | | | | $ 11,741 | | | | | |
| Capital lease obligation - current portion | 321 | | | | | | $ 321 | | | | | |
| Senior notes - current portion | 2,438 | | | 2,438 | | | $ - | | | | | |
| Revolver term loans | 5,100 | | | 5,114 | | | $ (14) | | | | | |
| Total current liabilities | 26,869 | - | - | 7,552 | - | - | 19,317 | - | - | - | - | - |
| Term notes, workers' compensation loan | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital lease obligations - net of current portion | 1,958 | | | | | | $ 1,958 | | | | | |
| Senior notes | 27,215 | | | 27,215 | | | $ - | | | | | |
| Junior notes, including PIK interest | 44,058 | | 44,058 | | | | $ 0 | | | | | |
| Deferred finance costs, net | (1,060) | | | | | | $ (1,060) | | | | | |
| Unfavorable lease agreements | 36 | | | | | | $ 36 | | | | | |
| Deferred income taxes | 8,192 | | | | | | $ 8,192 | | | | | |
| Intercompany Accounts | - | | (44,058) | (34,767) | | | $ 78,825 | | | | | |
| Other long-term liabilities | 3,607 | | | | | | $ 3,607 | | | | | |
| **Total liabilities** | 110,875 | - | - | - | - | - | 110,875 | - | - | - | - | - |
| **Members' Equity:** | | | | | | | | | | | | |
| Additional paid-in capital | 72,903 | | | | | | $ 72,903 | | | | | |
| Accumulated deficit | (122,485) | | | | | | $ (122,485) | | | | | |
| Total members' equity | (49,582) | - | - | - | - | - | (49,582) | - | - | - | - | - |
| **TOTAL LIABILITIES AND MEMBERS' EQ** | $ 61,293 | $ - | $ - | $ - | $ - | $ - | $ 61,293 | $ - | $ - | $ - | $ - | $ - |

In re: BERTUCCI'S HOLDINGS, INC., et al.
Debtors

Case No. 18-10894 (MFW)
Reporting Period: 11/01/2018 - 11/28/2018

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | N/A | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | 0 |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | 0 |

NOTE: TAXES ARE COLLECTED AND PAID BY ADP

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
**Will be paid in the normal course of business by the estate. AP is based on 30 Days, Payroll based on Laws, Rent in advance**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: BERTUCCI'S HOLDINGS, INC., et al.
Debtors

Case No. 18-10894 (MFW)
Reporting Period:   11/01/2018 - 11/28/2018

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $0 | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | $0 | |
| Total Accounts Receivable at the end of the reporting period | $0 | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | $0 | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | $0 | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | $0 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |