# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>BERTUCCI'S HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No.   18-10894 (MFW)<br><br>Jointly Administered<br><br>Re: Docket Nos. 279, 474, 498 |

**AGREED ORDER RESOLVING APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. SECTIONS 365(d)(3), 503(b)(1)(A) AND 507(a)(2) BY LEVIN PROPERTIES, L.P.**

**WHEREAS,** on June 1, 2018, Levin Properties, L.P. ("Levin") filed the Application For Allowance And Payment of Administrative Expense Claim Pursuant To 11 U.S.C. Sections 365(d)(3), 503(b)(1)(A) And 507(a)(2) By Levin Properties, L.P. [D.I. 279](the "Application");[1]

**WHEREAS**, on October 30, 2018, the Debtors filed their Limited Objection to Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. Sections 365(d)(3), 503(b)(1)(a) and 507(a)(2)[D.I. 498];

**WHEREAS**, the parties have been in negotiations to resolve the Application;

**WHEREAS**, the Debtors previously remitted a check in the amount of $13,694.68 (the "Check") in order to partially satisfy Levin's administrative expense claim;

**WHEREAS**, pending the resolution of the Application, Levin did not deposit the Check, which has now expired due to the passage of time, as per the terms of the Check;

**WHEREAS**, the parties have agreed to the following resolution of the Application, pending approval by this Court;

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

4838-0793-4868, v. 2                           1

**IT IS HEREBY AGREED AND ORDERED** as follows:

1. The Application is GRANTED solely as set forth herein.

2. Levin is hereby granted an allowed administrative expense claim in the amount of $37,281.49, inclusive of the $13,694.88 originally included in the Check.

3. The Debtors shall issue a replacement check in the amount of $13,694.88 for the Check within five (5) days of entry of this Order, leaving a remaining balance of Levin's allowed administrative expense claim in the amount of $23,586.61, upon the Debtor's issuance of the replacement check.

4. The remaining amount sought in the Application of $18,568.07 is hereby allowed as a general unsecured claim.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: May 23rd, 2019**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

4838-0793-4868, v. 2              2