**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BERTUCCI'S HOLDINGS, INC., *et al.*[1] | Case No. 18-10894 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
NOVEMBER 7, 2019 AT 10:30 A.M. BEFORE THE
HONORABLE MARY F. WALRATH**

**MATTER GOING FORWARD:**

1.  Motion of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 105(A), 305(A), 349, 554, and 1112(B) and Bankruptcy Rules 1017(A) and 6007 (I) Dismissing the Debtors' Chapter 11 Cases and (II) Granting Related Relief [D.I. 638, filed on October 16, 2019]

    Response Deadline:   October 30, 2019 at 4:00 p.m. (ET)

    Responses Received:

    A.  Objection of Amy Pott to Motion of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 105(A), 305(A), 349, 554, and 1112(B) and Bankruptcy Rules 1017(A) and 6007 (I) Dismissing the Debtors' Chapter 11 Cases and (II) Granting Related Relief [D.I. 641, filed on October 30, 2019]

    B.  Objection of Brookline Ice Company, Inc. to Motion of the Debtors for Entry of an Order Pursuant to Bankruptcy Code Sections 105(A), 305(A), 349, 554, and 1112(B) and Bankruptcy Rules 1017(A) and 6007 (I) Dismissing the Debtors' Chapter 11 Cases and (II) Granting Related Relief [D.I. 642, filed on October 31, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Bertucci's Holdings, Inc. (0243), Bertucci's Holdings, LLC (8034), Bertucci's Corporation (1266), Bertucci's, Inc. (7209), Two Ovens Restaurant Corp. (4922), Bertucci's Restaurant Corp. (4750), Bertucci's of Anne Arundel County, Inc. (4761), Bertucci's of Columbia, Inc. (4758), Bertucci's of Baltimore County, Inc. (9001), Bertucci's of Bel Air, Inc. (4759), and Bertucci's of White Marsh, Inc. (4760). The Debtors' corporate headquarters and the mailing address is 155 Otis Street, Northborough, Massachusetts 01532.

<u>Related Document</u>:

C.  Debtors' Reply to Objection to Motion to Dismiss [D.I. 643, filed on November 4, 2019]

<u>Status</u>:  The objection at item 1.B. has been resolved. This matter is going forward.

Dated: November 5, 2019
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com
       cree@lrclaw.com

*Counsel to the Debtors*
*and Debtors-In-Possession*