**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BERTUCCI'S HOLDINGS, INC., *et al.*[1] | Case No. 18-10894 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
DECEMBER 16, 2019 AT 11:30 A.M. BEFORE THE
HONORABLE MARY F. WALRATH**

**FEE APPLICATIONS SUBMITTED UNDER CERTIFICATION OF COUNSEL:**

1. Eleventh Monthly and Final Application of Landis Rath & Cobb LLP, Bankruptcy Counsel to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 & 331 [D.I. 653, filed on November 25, 2019]

    Response Deadline:    December 9, 2019 at 4:00 p.m.

    Responses Received:  None

    Related Documents:

    A.  Combined Tenth Monthly Application of Landis Rath & Cobb LLP, Bankruptcy Counsel to the Debtors and Debtors-in-Possession, for Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period from January 1, 2019 Through August 31, 2019  [D.I. 632, filed on September 23, 2019]

    B.  Certificate of No Objection Regarding Combined Tenth Monthly Application of Landis Rath & Cobb LLP, Bankruptcy Counsel to the Debtors and Debtors-in-Possession, for Compensation and  Reimbursement of Expenses Pursuant  to 11 U.S.C. §§ 330 and 331 for the Period from January 1, 2019 Through August 31, 2019  [D.I. 639, filed on October 16, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Bertucci's Holdings, Inc. (0243), Bertucci's Holdings, LLC (8034), Bertucci's Corporation (1266), Bertucci's, Inc. (7209), Two Ovens Restaurant Corp. (4922), Bertucci's Restaurant Corp. (4750), Bertucci's of Anne Arundel County, Inc. (4761), Bertucci's of Columbia, Inc. (4758), Bertucci's of Baltimore County, Inc. (9001), Bertucci's of Bel Air, Inc. (4759), and Bertucci's of White Marsh, Inc. (4760).  The Debtors' corporate headquarters and the mailing address is 155 Otis Street, Northborough, Massachusetts 01532.

      C.      Certification of Counsel [D.I. 665, filed on December 10, 2019]

      Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

2.    Final Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from April 27, 2018 Through December 16, 2019 [D.I. 655, filed on November 25, 2019]

      Response Deadline:    December 9, 2019 at 4:00 p.m.

      Responses Received:  None

      Related Documents:

      A.      Fifth Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Monthly Period from January 1, 2019 Through June 30, 2019 [D.I. 631, filed on September 18, 2019]

      B.      Certificate of No Objection regarding Fifth Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Monthly Period from January 1, 2019 Through June 30, 2019 [D.I. 637, filed on October 10, 2019]

      C.      Sixth Monthly Fee Application of Bayard, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Monthly Period from July 1, 2019 Through December 16, 2019 [D.I. 652, filed on November 25, 2019]

      D.      Certification of Counsel [D.I. 665, filed on December 10, 2019]

      Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

3.    Final Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors of Bertucci's Holdings, Inc. *et al.* for the Period from April 27, 2018 Through and Including December 16, 2019 [D.I. 654, filed on November 25, 2019]

{1197.002-W0059226.2}

Response Deadline:   December 9, 2019 at 4:00 p.m.

Responses Received:  None

Related Documents:

- A. Fifth Consolidated Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors of Bertucci's Holdings, Inc. *et al.* for the Period from January 1, 2019 Through and Including June 30, 2019 [D.I. 630, filed on September 18, 2019]

- B. Certificate of No Objection Regarding Fifth Consolidated Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors of Bertucci's Holdings, Inc. *et al.* for the Period from January 1, 2019 Through and Including June 30, 2019 [D.I. 636, filed on October 10, 2019]

- C. Sixth Consolidated Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors of Bertucci's Holdings, Inc. *et al.* for the Period from July 1, 2019 Through and Including October 31, 2019 [D.I. 651, filed on November 25, 2019]

- D. Certification of Counsel [D.I. 665, filed on December 10, 2019]

Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

4. Final Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Final Period from April 15, 2018 Through November 6, 2019 [D.I. 661, filed on December 4, 2019]

Response Deadline:   December 9, 2019 at 4:00 p.m.

Responses Received:  None

Related Documents:

- A. Certification of Counsel [D.I. 665, filed on December 10, 2019]

{1197.002-W0059226.2}

<u>Status:</u> A certification of counsel has been filed and submitted in accordance with the Court's procedures.

| | |
|---|---|
| Dated:  December 12, 2019<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Jennifer L. Cree*<br>Adam G. Landis (No. 3407)<br>Kerri K. Mumford (No. 4186)<br>Kimberly A. Brown (No. 5138)<br>Jennifer L. Cree (No. 5919)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>          mumford@lrclaw.com<br>          brown@lrclaw.com<br>          cree@lrclaw.com<br><br>*Counsel to the Debtors*<br>*and Debtors-In-Possession* |